No. 13-1143

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

MICHAEL ZINNA,
     Plaintiff/Appellant,

v.

JUDY CONGROVE, as personal representative of the estate of
James Congrove, deceased,
     Defendant/Appellee.

On Appeal from the United States District Court for the District of Colorado
Honorable Richard P. Matsch, Presiding
Case No. 05-cv-1016-RPM

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Appellant Michael Zinna ("Zinna"), through his undersigned counsel, hereby respectfully moves the Court for an order enlarging the time within which he is to file his Opening Brief by 30 days, up to and including August 28, 2013.

As grounds for this Motion, Zinna shows the Court as follows:

1.    <u>Certificate of Conferral:</u>  Pursuant to 10th Cir. R. 27.4(B)(2), undersigned counsel hereby certifies that he has, prior to filing this motion,

conferred in good faith with counsel for the appellee, and has been authorized to notify the Court that the appellee does not oppose the relief sought herein.

2. On June 19, 2013, the Court entered an Order returning this appeal to the briefing calendar and directing that Zinna's Opening Brief should be filed on or before July 29, 2013.

3. Because of briefing deadlines previously set in a different appeal before the Second Circuit, in *Psihoyos v. John Wiley & Sons, Inc.*, 2d Cir. No. 12-4874, as well as previously scheduled out-of-town discovery obligations in *Viesti Associates, Inc. v. The McGraw-Hill Companies, Inc.*, D. Colo. No. 1:12-cv-00668-WYD-DW, and *Frerck v. The McGraw-Hill Companies, Inc.*, N.D. Ill. 1:12-cv-07516-RMD-JC, counsel for Zinna requires additional time to prepare the appellant's Opening Brief.

4. Counsel's briefing and discovery deadlines in the other cases referenced above were set prior to the Court's June 19, 2013 order and could not be shifted to accommodate the work needed for Zinna's Opening Brief in this appeal.

5. Zinna has not requested any prior extensions for his Opening Brief.

6. No party will be prejudiced by the one-month extension of time sought herein.

- 3 -

**WHEREFORE**, there is good cause for the requested extension of time, and the Court should therefore enlarge the time for Zinna to file his Opening Brief, up to and including August 28, 2013.

Respectfully submitted this   15th day   of July, 2013,

> By:    /s  Christopher P. Beall
> Christopher P. Beall
> LEVINE SULLIVAN KOCH & SCHULZ, LLP
> 1888 Sherman Street, Suite 370
> Denver, Colorado  80203
> (303) 376-2400
>
> *Attorneys for Appellant Michael Zinna*

- 4 -

# CERTIFICATE OF COMPLIANCE

     I certify that the copy of the foregoing **APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** that has been submitted to the Court in Digital Form using the CM/ECF electronic filing system has been scanned for viruses with the Kesaya Antimalware software application and is free of viruses.

     In addition, I certify that no privacy redactions were required for this submission.

                                         /s  Christopher P. Beall

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this  15th  day of July, 2013, I electronically filed the foregoing **APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**, with the Clerk of the Court using the court's CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

    Patrick D. Tooley, Esq.
    Kevin Coates, Esq.
    DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.
    455 Sherman Street, Suite 300
    Denver, Colorado 80203
    pdtooley@dillanddill.com
    kcoates@dillanddill.com


                      */s Christopher P. Beall*